**MANDATE**

**FILED**

2005 JUL 11 P 2: 40

U.S. DISTRICT COURT
NEW HAVEN, CT

02-cv-2203
District of Connecticut
(New Haven)
Nevas, USDJ

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| UMBA v. ASHCROFT | STIPULATION AND ORDER<br>Dkt. No. 03-2303 |

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

WHEREAS, the I-360 Immigrant Petition (Receipt # EAC-05-038-53139) for Rev. Ngoy Umba is still pending at the USCIS Vermont Service Center and

WHEREAS, presently, the Vermont Service Center is working on I-360 petitions for religious workers that were filed on April 22, 2004, so based on current processing times, it may be about another 7 months before the petition can be adjudicated.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, as follows:

1. The above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by January 15, 2006 or within 30 days of a final determination on the religious visa, whichever comes first.

Certified:

**JUL 0 1 2005**

2.  If not thus reactivated, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys fees incurred to date. See, Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002).

3.  Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

4.  Petitioner's removal shall be stayed pending a final determination on the religious visa. If the petition for review is timely reactivated as set forth above, petitioner's motion for a stay of removal shall be similarly reactivated.

Dated: May 2, 2005
       Glastonbury, Connecticut

Roberto Tschudin Lucheme, Esquire
41 Hebron Avenue
Glastonbury, Connecticut 06033
Telephone: (860) 633-1962
Attorney for Petitioner

Dated: May ___, 2005
       New Haven, Connecticut

KEVIN O'CONNOR
United States Attorney for
the District of Connecticut

By: _____
Douglas Morabito
Assistant U.S. Attorney
157 Church St.
P.O. Box 1824
New Haven, CT 06510
Telephone: (203) 821-3810

SO ORDERED: JUN 30 2005

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By: _____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK