MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| UMBA v. ASHCROFT | ) ) ) ) | STIPULATION AND ORDER<br>Dkt. No. 03-2303 |

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

WHEREAS, the I-360 Immigrant Petition (Receipt # EAC-05-038-53139) for Rev. Ngoy Umba is still pending at the USCIS Vermont Service Center and

WHEREAS, presently, the Vermont Service Center is evaluating additional records provided in response to a Request for Evidence ("RFE").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, as follows:

1.    The above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by May 15, 2007 or within 30 days of a final determination on the religious visa, whichever comes first.

2.    If not thus reactivated, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys fees incurred to date.  See, Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002).

A TRUE COPY
Thomas Asreen, Acting Clerk

by _[signature]_
Deputy Clerk

Certified:

DEC 11 2006

3.    Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

4.    Petitioner's removal shall be stayed pending a final determination on the religious visa. If the petition for review is timely reactivated as set forth above, petitioner's motion for a stay of removal shall be similarly reactivated.

Dated: December 5, 2006
      Glastonbury, Connecticut

Roberto Tschudin Lucheme, Esquire
41 Hebron Avenue
Glastonbury, Connecticut  06033
Telephone: (860) 633-1962
Attorney for Petitioner

Dated: December 5, 2006
      New York, New York

KEVIN O'CONNOR
United States Attorney for
the District of Connecticut

By: _____

William Brown
Assistant U.S. Attorney
157 Church St., 23rd floor
New Haven, CT  06510
Telephone: (203) 821-3700

SO ORDERED:

FOR THE COURT
Thomas Asreen, Acting Clerk
By

Lisa J. Greenberg, Staff Counsel

DEC 1 1 2006

UNITED STATES COURT OF APPEALS
FILED
DEC 1 1 2006
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| | ) | |
| UMBA v. ASHCROFT | ) | STIPULATION AND ORDER |
| | ) | Dkt. No. 03-2303 |
| | ) | |

STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION,

WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

WHEREAS, the I-360 Immigrant Petition (Receipt # EAC-05-038-53139) for Rev. Ngoy

Umba is still pending at the USCIS Vermont Service Center and

WHEREAS, presently, the Vermont Service Center is evaluating additional records

provided in response to a Request for Evidence ("RFE").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among

the parties, as follows:

1.      The above-captioned appeal is hereby withdrawn from active consideration before the

Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written

notice to the Clerk of this Court by May 15, 2007 or within 30 days of a final determination on

the religious visa, whichever comes first.

2.      If not thus reactivated, the appeal shall be deemed withdrawn with prejudice and without

costs or attorneys fees incurred to date.  See, Hertzner v. Henderson, 292 F.3d 302, (2d Cir.

2002).

3.    Withdrawal of the appeal from active consideration shall not operate as a dismissal of the

appeal under FRAP 42(b).

4.    Petitioner's removal shall be stayed pending a final determination on the religious visa.

If the petition for review is timely reactivated as set forth above, petitioner's motion for a stay of

removal shall be similarly reactivated.

Dated: December 5, 2006
      Glastonbury, Connecticut

      Roberto Tschudin Lucheme, Esquire
      41 Hebron Avenue
      Glastonbury, Connecticut  06033
      Telephone: (860) 633-1962
      Attorney for Petitioner

Dated: December 5, 2006
      New York, New York

      KEVIN O'CONNOR
      United States Attorney for
      the District of Connecticut

      By: _____

      William Brown
      Assistant U.S. Attorney
      157 Church St., 23rd floor
      New Haven, CT  06510
      Telephone: (203) 821-3700

SO ORDERED:

FOR THE COURT
Thomas Asreen, Acting Clerk
By _____
Lisa J. Greenberg, Staff Counsel

DEC 1 1 2006

UNITED STATES COURT OF APPEALS
FILED
DEC 1 1 2006
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

THE CERTIFIED ( ) ORDER    ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY _____
      DATE _____
      "RETURN TO PRO SE TEAM"